# BILL OF COSTS

## TEXAS COURT OF APPEALS, SIXTH DISTRICT, AT TEXARKANA

No. 06-14-00061-CV

**In the Matter of the Marriage of Everett Alton Taylor, Jr. and Dochia Ann Taylor and In the Interest of R.N.T., a Child**

(No. 2013-093 IN COUNTY COURT AT LAW OF PANOLA COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | DIANE MACFARLANE |
| REPORTER'S RECORD | $1,689.40 | PAID | RICK MCPHERSON |
| STATEWIDE EFILING FEE | $20.00 | PAID | RICK MCPHERSON |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | RICK MCPHERSON |
| FILING | $100.00 | PAID | RICK MCPHERSON |
| INDIGENT | $25.00 | PAID | RICK MCPHERSON |
| CLERK'S RECORD | $84.00 | PAID | RICK MCPHERSON |

**Balance of costs owing to the Sixth Court of Appeals, Texarkana, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **DEBRA AUTREY, CLERK** OF THE SIXTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SIXTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Sixth District of Texas, this April 23, 2015.

**DEBRA AUTREY, CLERK**

By _____
                                    Deputy